922

No. 266, Misc.   DAVIS v. SHERIFF OF FINNEY COUNTY, KANSAS.   Petition for writ of injunction denied.

No. 269, Misc.   ALLEN v. UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT.   Application denied.

No. 281, Misc.   WHITE v. UNITED STATES; and

No. 307, Misc.   WALLER, SHERIFF, v. UNITED STATES EX REL. SHEFFIELD.   Motions for leave to file petitions for writs of certiorari denied.   Petitioners *pro se*.   *Fred S. LeBlanc*, Attorney General of Louisiana, *M. E. Culligan*, Assistant Attorney General, and *Hugh M. Wilkinson*, Special Assistant Attorney General, for petitioner in No. 307, Misc.   Reported below: No. 307, Misc., 224 F. 2d 280.

No. 448.   UNITED STATES v. McKESSON & ROBBINS, INC.   Appeal from the United States District Court for the Southern District of New York.   Probable jurisdiction noted.   *Solicitor General Soboloff, Assistant Attorney General Barnes* and *Daniel M. Friedman* for the United States.   *John P. McGrath, Laurence C. Ehrhardt* and *Marland Gale* for appellee.

No. 486.   NATIONAL LABOR RELATIONS BOARD v. TRUITT MANUFACTURING Co.   C. A. 4th Cir.   Certiorari granted.   *Solicitor General Soboloff, Theophil C. Kammholz, David P. Findling* and *Dominick L. Manoli* for petitioner.   *Whiteford S. Blakeney* for respondent.

No. 295, Misc.   MESAROSH ET AL. v. UNITED STATES.   C. A. 3d Cir.   Certiorari granted.   *Frank J. Donner*,